# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**VS.**                                                **CRIMINAL ACTION NO.**     **1:06CR-33-01-R**

**JOSEPH DAVID HOPKINS**                                                     **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the Defendant to Count 1 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such an offense.

Sentencing is hereby scheduled for **FEBRUARY 6, 2007, at 11:30 a.m.**, United States Courthouse, Bowling Green, Kentucky.

IT IS SO ORDERED THIS _____ DAY OF _____, 2006.

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant